## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

EARL R. MAYFIELD,

    Plaintiff,

vs.                                                                       No. CV 17-00237 RJ/CG

KEN SMITH, et al.,

    Defendants.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court on Plaintiff Earl Mayfield's *Motion for Extension of Time*, (Doc. 19), filed June 26, 2017. Plaintiff, proceeding *pro se*, seeks an extension of time to July 24, 2017 to file his amended complaint as ordered by the Court in its *Memorandum Opinion and Order*, (Doc. 18). The Court finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff Earl Mayfield's *Motion for Extension of Time*, (Doc. 19), is **GRANTED.** Plaintiff Mayfield's amended complaint must be filed no later than **July 24, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE